**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

W.C. BULLEY, As Administrator of the
Estate of Irene Bulley, Deceased                                                             PLAINTIFF

vs.                                                                         Civil Action No. 3:07-cv-672 HTW-LRA

CARE CENTER OF CLINTON, LLC,
CARECORPS MANAGEMENT COMPANY,
LLC, and JOHN DOES 1-10                                                                    DEFENDANTS

**ORDER DISMISSING ACTION
BY REASON OF BANKRUPTCY PENDING**

The court has received notice of bankruptcy proceedings instituted by defendants Care Center of Clinton, LLC, and Carecorps Management Company, LLC.  Therefore, it is not necessary that this action remain upon the pending docket of this court.

IT IS, THEREFORE, ORDERED that this action is dismissed without prejudice, and the court retains complete jurisdiction to vacate this order and to reopen the action upon motion of the parties advising that the bankruptcy proceedings have been closed and that further litigation in this court is necessary.

**SO ORDERED AND ADJUDGED, this the 30th  day of May, 2008.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**